# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EUGENE SADBERRY,<br>    Plaintiff,<br><br>    v.<br><br>DEVIENY CONSTRUCTION COMPANY, INC., et al.,<br>    Defendants. | CV 19-9861 DSF (RAOx)<br><br>Order to Show Cause re Dismissal for Improper Venue |

    Plaintiff, a pro se citizen of Georgia, filed this case against a Mississippi corporation and its agent for service of process concerning events that appear to have occurred entirely within Mississippi. Given that neither Defendant appears to reside in this District and no part of the events or omissions giving arise to the claim appear to have occurred in this District, see 28 U.S.C. § 1391, Plaintiff is ordered to show cause, in writing, no later than December 16, 2019, why this case should not be dismissed for lack of proper venue.

    IT IS SO ORDERED.

Date: December 2, 2019          _____
                                                     Dale S. Fischer
                                                     United States District Judge