# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH EUGUNE SADBERRY,<br>  Plaintiff,<br><br>    v.<br><br>DEVINEY CONSTRUCTION CO., INC., et al.<br>    Defendants. | CV 19-9861 DSF (RAOx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss for lack of personal jurisdiction,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: January 16, 2020

            _____
            Dale S. Fischer
            United States District Judge